UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:21-CR-00064(1)-ADA |
| | § | |
| (1) TREMAIN DE'SHAWN MATHIS | § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause.  On  March 24, 2023 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) TREMAIN DE'SHAWN MATHIS, which alleged that Mathis violated a condition of his supervised release and recommended that Mathis 's supervised release be revoked (Clerk's  Document No. 53).  A warrant issued and Mathis was arrested.  On April 19, 2023, Mathis appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set. Mathis appeared before the magistrate judge on May 11, 2023, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed his report and recommendation on May 11, 2023, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense and the intervening conduct of Mathis, the magistrate judge recommends that this court

continue Mathis supervised release. The magistrate judge recommends the additional following special conditions: six months on location monitoring programs, specifically home confinement, to include GPS monitoring; that the Defendant have no contact with his sister, Jameria Lewis; and that he reside with his sister Avhazina Johnson during his period of home confinement (Clerk's Document No. 67).

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass 'n,* 79 F.3d 1415 (5th Cir. 1996) *(en banc).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On May 11, 2023, following the hearing on the motion to revoke supervised release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation Of United States Magistrate Judge (Clerk's Document No. 66). The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 67) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) TREMAIN DE'SHAWN MATHIS 'sterm of supervised release is hereby CONTINUED. In addition, defendant Mathis shall comply with the following special conditions: six months on location monitoring programs, specifically home confinement, to include GPS monitoring; that the Defendant have no contact with his sister, Jameria Lewis; and that he reside with his sister Avhazina Johnson during his period of home confinement.

**IT IS FURTHER ORDERED** that all prior conditions of supervised release are reimposed.

Signed this 17th day of May, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE